| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>David M. Balabanian (SBN 37368) |
| 2 | david.balabanian@bingham.com<br>Charlene S. Shimada (SBN 91407) |
| 3 | charlene.shimada@bingham.com<br>Lucy Wang (SBN 257771) |
| 4 | lucy.wang@bingham.com<br>Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 6 | |
| 7 | Attorneys for Defendants<br>Linc Housing Corporation, Corporate Fund for Housing, |
| 8 | Linc Franciscan Limited Partnership, Franciscan Park,<br>LLC, Hunter Johnson, Franciscan Housing Corporation, |
| 9 | Richard Berger, Daly City Housing Development<br>Finance Agency, Pacific West Management, Franciscan |
| 10 | Acquisition Corporation and David Kenyon, solely for<br>the purpose of executing this stipulation |

*IT IS SO ORDERED*
*[signature] Judge James Ware*
4/14/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | FRANCISCAN MOBILE HOME OWNERS FOR JUSTICE; ROSENDO QUINIQUINI; RORY MORDINOIA; ROBERT QUINN; SANDRA HOLMAN; and MAMIE ZHU, And on behalf of all others similarly situated, | No. CV 10 1087 JW HRL<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| | Plaintiffs, | |
| | v. | |
| 20 | LINC HOUSING CORPORATION; CORPORATE FUND FOR HOUSING; LINC FRANCISCAN LIMITED PARTNERSHIP; FRANCISCAN PARK, LLC; HUNTER JOHNSON; FRANCISCAN HOUSING CORPORATION; RICHARD BERGER; DALY CITY HOUSING DEVELOPMENT FINANCE AGENCY; PACIFIC WEST MANAGEMENT; FRANCISCAN ACQUISITION CORPORATION; DAVID KENYON; and DOES 1-50, inclusive, | |
| | Defendants. | |

1  IT IS HEREBY STIPULATED, by and between the parties hereto, through their
2  respective counsel, that the time for Defendants Linc Housing Corporation, Corporate Fund for
3  Housing, Linc Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson,
4  Franciscan Housing Corporation, Richard Berger, Daly City Housing Development Finance
5  Agency, Pacific West Management, Franciscan Acquisition Corporation and David Kenyon
6  (collectively, "Defendants") to answer, move or otherwise respond to the complaint is extended
7  for thirty days to and including May 13, 2010, or such later time as Plaintiffs may have agreed,
8  or might hereafter agree, with any of them.  By entering into this Stipulation, Defendants reserve
9  and do not waive any arguments and defenses they may possess, including, without limitation,
10 whether the Court lacks personal jurisdiction over any of them.

11 DATED:  April 12, 2010

BINGHAM MCCUTCHEN LLP
David M. Balabanian
Charlene S. Shimada
Lucy Wang
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.393.2286

By: _____/s/ Charlene S. Shimada_____
            Charlene S. Shimada

Attorneys for Defendants Linc Housing Corporation, Corporate Fund for Housing, Linc Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation, Richard Berger, Daly City Housing Development Finance Agency, Pacific West Management, Franciscan Acquisition Corporation and David Kenyon, solely for the purpose of executing this stipulation

| | | |
|---|---|---|
| 1 | DATED:  April 12, 2010 | SHELLEY S. BUCHANAN |
| 2 | | Attorney at Law |
| | | 912 Cole Street, PMB #120 |
| 3 | | San Francisco, CA  94117 |
| | | Telephone 415.566.3526 |
| 4 | | Facsimile 415.566.3548 |
| 5 | | By:_____/s/ Shelley S. Buchanan_____ |
| | | Shelley S. Buchanan |
| 6 | | |
| 7 | | Attorneys for Franciscan Mobile Home Owners for Justice, Rosendo Quiniquini, Rory Mordinoia, Robert Quinn, Sandra Holman and Mamie Zhu |

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
No. CV 10 1087 JW HRL