1  BINGHAM MCCUTCHEN LLP
   David M. Balabanian (SBN 37368)
2  david.balabanian@bingham.com
   Charlene S. Shimada (SBN 91407)
3  charlene.shimada@bingham.com
   Lucy Wang (SBN 257771)
4  lucy.wang@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6
   Attorneys for Defendants
7  LINC Housing Corporation, Corporate Fund for
   Housing, LINC Franciscan Limited Partnership,
8  Franciscan Park, LLC, Hunter Johnson and Franciscan
   Housing Corporation, solely for the purpose of
9  executing this stipulation

IT IS SO ORDERED

Judge James Ware

4/29/2010

10              UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA
12                  SAN JOSE DIVISION
13

14  FRANCISCAN MOBILE HOME OWNERS          No. CV 10 1087 JW HRL
15  FOR JUSTICE; ROSENDO QUINIQUINI;
    RORY MORDINOIA; ROBERT QUINN;          STIPULATION EXTENDING TIME TO
16  SANDRA HOLMAN; and MAMIE ZHU, And      RESPOND TO COMPLAINT
    on behalf of all others similarly situated,
17
            Plaintiffs,
18       v.

19  LINC HOUSING CORPORATION;
    CORPORATE FUND FOR HOUSING; LINC
20  FRANCISCAN LIMITED PARTNERSHIP;
    FRANCISCAN PARK, LLC; HUNTER
21  JOHNSON; FRANCISCAN HOUSING
    CORPORATION; RICHARD BERGER; DALY
22  CITY HOUSING DEVELOPMENT FINANCE
    AGENCY; PACIFIC WEST MANAGEMENT;
23  FRANCISCAN ACQUISITION
    CORPORATION; DAVID KENYON; and
24  DOES 1-50, inclusive,

25          Defendants.

26

27

28

1    IT IS HEREBY STIPULATED, by and between the parties hereto, through their

2  respective counsel, that the time for the Defendants whom Plaintiffs have served with the

3  summons and complaint, namely, Defendants LINC Housing Corporation, Corporate Fund for

4  Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson and

5  Franciscan Housing Corporation (collectively, "Defendants"), to answer, move or otherwise

6  respond to the complaint is further extended for thirty-two days to and including June 14, 2010,

7  or such later time as Plaintiffs may have agreed, or might hereafter agree, with any party.  By

8  entering into this Stipulation, Defendants reserve and do not waive any arguments and defenses

9  they may possess, including, without limitation, whether the Court lacks personal jurisdiction

10  over any of them.  Defendants Richard Berger, Daly City Housing Development Finance

11  Agency, Pacific West Management, Franciscan Acquisition Corporation and David Kenyon have

12  not been served and accordingly their time to respond to the complaint has not yet started to run.

13

14  DATED:  April 26, 2010                    BINGHAM MCCUTCHEN LLP
                                             David M. Balabanian
15                                           Charlene S. Shimada
                                             Lucy Wang
16                                           Three Embarcadero Center
                                             San Francisco, CA  94111
17                                           Telephone:  415.393.2000
                                             Facsimile:  415.393.2286
18
                                             By:_____/s/ Charlene S. Shimada_____
19                                                      Charlene S. Shimada

20                                           Attorneys for Defendants LINC Housing
                                             Corporation, Corporate Fund for Housing, LINC
21                                           Franciscan Limited Partnership, Franciscan Park,
                                             LLC, Hunter Johnson and Franciscan Housing
22                                           Corporation, solely for the purpose of executing this
                                             stipulation
23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  April 26, 2010

SHELLEY S. BUCHANAN
Attorney at Law
912 Cole Street, PMB #120
San Francisco, CA  94117
Telephone 415.566.3526
Facsimile 415.566.3548

By:_____ /s/ Shelley S. Buchanan_____
              Shelley S. Buchanan

Attorneys for Franciscan Mobile Home Owners for
Justice, Rosendo Quiniquini, Rory Mordinoia,
Robert Quinn, Sandra Holman and Mamie Zhu

2

1    ATTESTATION PURSUANT TO GENERAL ORDER 45

2         I, Charlene S. Shimada, attest that concurrence in the filing of this document has been

3    obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

4    document.

5         I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7         Executed this 26th day of April, 2010, at San Francisco, California.

8
                                    BINGHAM MCCUTCHEN LLP
9

10
                                    By:_____/s/ Charlene S. Shimada_____
11                                           Charlene S. Shimada

12                                  Three Embarcadero Center
13                                  San Francisco, CA  94111
                                    Telephone:  415.393.2000
14                                  Facsimile:  415.393.2286

15                                  Attorneys for Defendants LINC Housing
                                    Corporation, Corporate Fund for Housing, LINC
16                                  Franciscan Limited Partnership, Franciscan Park,
                                    LLC, Hunter Johnson and Franciscan Housing
17                                  Corporation, solely for the purpose of executing this
                                    stipulation
18

19

20

21

22

23

24

25

26

27

28

3

1

## CERTIFICATE OF MAILING

2
        I hereby certify that on April 26, 2010, I electronically transmitted the attached document

3
to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4
Electronic Filing to the CM/ECF registrants on record.

5

6

7

8
                                By:_____ /s/ Diane R. Imai_____
                                           Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
No. CV 10 1087 JW HRL