BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
Lucy Wang (SBN 257771)
lucy.wang@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Attorneys for Defendants
LINC Housing Corporation, Corporate Fund for
Housing, LINC Franciscan Limited Partnership,
Franciscan Park, LLC, Hunter Johnson, Franciscan
Housing Corporation and Richard Berger in his capacity
as former director of LINC Housing Corporation and
officer of the Franciscan Housing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCAN MOBILE HOME OWNERS FOR JUSTICE; ROSENDO QUINIQUINI; RORY MORDINOIA; ROBERT QUINN; SANDRA HOLMAN; and MAMIE ZHU, And on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LINC HOUSING CORPORATION; CORPORATE FUND FOR HOUSING; LINC FRANCISCAN LIMITED PARTNERSHIP; FRANCISCAN PARK, LLC; HUNTER JOHNSON; FRANCISCAN HOUSING CORPORATION; RICHARD BERGER; DALY CITY HOUSING DEVELOPMENT FINANCE AGENCY; PACIFIC WEST MANAGEMENT; FRANCISCAN ACQUISITION CORPORATION; DAVID KENYON; and DOES 1-50, inclusive,<br><br>Defendants. | No. CV 10 1087 JW HRL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

1    IT IS HEREBY STIPULATED, by and between the parties hereto, through their
2  respective counsel, that the time for Defendants LINC Housing Corporation, Corporate Fund for
3  Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson,
4  Franciscan Housing Corporation, Richard Berger in his capacity as former director of LINC
5  Housing Corporation and officer of the Franciscan Housing Corporation, and Pacific West
6  Management (collectively, "Defendants") to answer, move or otherwise respond to the complaint
7  is extended to, and including, July 15, 2010, or such later time as Plaintiffs may have agreed, or
8  might hereafter agree, with any party.
9    IT IS FURTHER STIPULATED that in order to avoid unnecessary legal expenses and in
10  the interests of justice and judicial economy, Defendants will limit the initial motion to dismiss
11  to the claim on which Plaintiffs assert federal subject matter jurisdiction, namely the First Cause
12  of Action under Section 10(b) of the Securities and Exchange Act of 1934 and Rule 10b-5
13  promulgated thereunder.  The parties agree that if the Court denies Defendants' motion to
14  dismiss the First Cause of Action or if the Court grants Defendants' motion but asserts
15  supplemental jurisdiction over the remaining claims, Defendants have the right to move to
16  dismiss any remaining claims within thirty days of the Court's order.
17
18
19
20
21
22
23
24
25
26
27
28

1    By entering into this Stipulation, Defendants reserve and do not waive any arguments and
2 defenses they may possess, including, without limitation, whether the Court lacks personal
3 jurisdiction over any of them.

4
5  DATED:  June 6, 2010                    BINGHAM MCCUTCHEN LLP
                                            David M. Balabanian
6                                           Charlene S. Shimada
                                            Lucy Wang
7                                           Three Embarcadero Center
                                            San Francisco, CA  94111
8                                           Telephone:  415.393.2000
                                            Facsimile:  415.393.2286
9
                                            By:         /s/ Charlene S. Shimada
10                                                      Charlene S. Shimada

11                                          Attorneys for Defendants LINC Housing
                                            Corporation, Corporate Fund for Housing, LINC
12                                          Franciscan Limited Partnership, Franciscan Park,
                                            LLC, Hunter Johnson Franciscan Housing
13                                          Corporation and Richard Berger in his capacity as
                                            former director of LINC Housing Corporation and
14                                          officer of the Franciscan Housing Corporation

15
    DATED:  June 6, 2010                    SHELLEY S. BUCHANAN
16                                          Attorney at Law
                                            912 Cole Street, PMB #120
17                                          San Francisco, CA 94117
                                            Telephone:  415.566.3526
18                                          Facsimile:  415.566.3548

19
                                            By:         /s/ Shelley S. Buchanan
20                                                      Shelley S. Buchanan

21                                          Attorney for Franciscan Mobile Home Owners for
                                            Justice, Rosendo Quiniquini, Rory Mordinoia,
22                                          Robert Quinn, Sandra Holman and Mamie Zhu

23
24
25
26
27
28

| | |
|---|---|
| 1  DATED:  June 10, 2010 | ANDREW W. COUCH |
| 2 | Lawyer |
|   | 110 Newport Center Dr., Suite 200 |
| 3 | Newport Beach, CA 92660 |
|   | Telephone:  949.760.2596 |
| 4 | Facsimile:  949.760.0337 |
| 5 | By:_____/s/ Andrew W. Couch_____ |
|   | Andrew W. Couch |
| 6 | Attorney for Pacific West Management |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
No. CV 10 1087 JW HRL

1   [~~PROPOSED~~] ORDER

2   Based on the above stipulation of the Parties and for good cause appearing therefore,

3   IT IS SO ORDERED.

4

5   DATED: June 14, 2010                    _____
                                              Hon. James Ware
6                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Charlene S. Shimada, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of June, 2010, at San Francisco, California.

BINGHAM MCCUTCHEN LLP

By: /s/ Charlene S. Shimada
Charlene S. Shimada

Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation and Richard Berger in his capacity as former director of LINC Housing Corporation and officer of the Franciscan Housing Corporation

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF MAILING</u>** |

2   I hereby certify that on June 10, 2010, I electronically transmitted the attached document

3   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4   Electronic Filing to the CM/ECF registrants on record.

              By:        /s/ Diane R. Imai
                          Diane R. Imai

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
No. CV 10 1087 JW HRL