1   BINGHAM MCCUTCHEN LLP
    David M. Balabanian (SBN 37368)
2   david.balabanian@bingham.com
    Charlene S. Shimada (SBN 91407)
3   charlene.shimada@bingham.com
    Lucy Wang (SBN 257771)
4   lucy.wang@bingham.com
    Three Embarcadero Center
5   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
6
    Attorneys for Defendants
7   LINC Housing Corporation, Corporate Fund for
    Housing, LINC Franciscan Limited Partnership,
8   Franciscan Park, LLC, Hunter Johnson, Franciscan
    Housing Corporation and Richard Berger in his capacity
9   as former director of LINC Housing Corporation and
    officer of the Franciscan Housing Corporation
10

*IT IS SO ORDERED AS MODIFIED*

*James Ware*

Judge James Ware

7/22/2010

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15   FRANCISCAN MOBILE HOME OWNERS              No. CV 10 1087 JW HRL
     FOR JUSTICE; ROSENDO QUINIQUINI;
16   RORY MORDINOIA; ROBERT QUINN;             STIPULATION AND [PROPOSED]
     SANDRA HOLMAN; and MAMIE ZHU, And         ORDER EXTENDING TIME TO
17   on behalf of all others similarly situated,   RESPOND TO COMPLAINT AND
                                                SETTING BRIEFING AND HEARING
18                  Plaintiffs,                  SCHEDULE
            v.
19
     LINC HOUSING CORPORATION;
20   CORPORATE FUND FOR HOUSING; LINC
     FRANCISCAN LIMITED PARTNERSHIP;
21   FRANCISCAN PARK, LLC; HUNTER
     JOHNSON; FRANCISCAN HOUSING
22   CORPORATION; RICHARD BERGER; DALY
     CITY HOUSING DEVELOPMENT FINANCE
23   AGENCY; PACIFIC WEST MANAGEMENT;
     FRANCISCAN ACQUISITION
24   CORPORATION; DAVID KENYON; and
     DOES 1-50, inclusive,
25
                  Defendants.
26

27

28

1    WHEREAS, on June 14, 2010, the Court entered a stipulation and order extending the

2    time for Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan

3    Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation,

4    Richard Berger in his capacity as former director of LINC Housing Corporation and officer of

5    the Franciscan Housing Corporation, and Pacific West Management to answer, move or

6    otherwise respond to the complaint to, and including, July 15, 2010;

7    WHEREAS, the plaintiffs have agreed to extend the time for Daly City Housing

8    Development Finance Agency ("DCHDFA") and Richard Berger in his capacity as a DCHDFA

9    employee to answer, move or otherwise respond to the complaint to, and including, July 22,

10   2010;

11   WHEREAS, in the interest of efficiency and judicial economy, the parties have agreed to

12   the same response date of July 22, 2010, for all the undersigned defendants (collectively,

13   "Defendants") and to coordinate the briefing and hearing schedule;

14   THEREFORE, the parties, by and through their undersigned counsel of record, hereby

15   agree and stipulate to the following:

16       1.  Defendants shall respond to the complaint on or before July 22, 2010.

17       2.  Plaintiffs shall file their opposition(s) to any motion(s) to dismiss the complaint

18           on or before, September 13, 2010.

19       3.  Defendants shall file any reply brief(s) on or before November 4, 2010.

20       4.  The hearing on any motion(s) to dismiss the complaint shall be set for

21           **December 20, 2010 at 9:00 AM**

22

23

24

25

26

27

28

1

1    By entering into this Stipulation, Defendants reserve and do not waive any arguments and

2  defenses they may possess, including, without limitation, whether the Court lacks personal

3  jurisdiction over any of them.

4

5  DATED:  July 12, 2010                    BINGHAM MCCUTCHEN LLP
                                            David M. Balabanian
6                                           Charlene S. Shimada
                                            Lucy Wang
7                                           Three Embarcadero Center
                                            San Francisco, CA  94111
8                                           Telephone:  415.393.2000
                                            Facsimile:  415.393.2286
9
                                            By:_____/s/ Charlene S. Shimada_____
10                                                        Charlene S. Shimada

11                                          Attorneys for Defendants LINC Housing
                                            Corporation, Corporate Fund for Housing, LINC
12                                          Franciscan Limited Partnership, Franciscan Park,
                                            LLC, Hunter Johnson Franciscan Housing
13                                          Corporation and Richard Berger in his capacity as
                                            former director of LINC Housing Corporation and
14                                          officer of the Franciscan Housing Corporation

15
    DATED:  July 13, 2010                   SHELLEY S. BUCHANAN
16                                          Attorney at Law
                                            912 Cole Street, PMB #120
17                                          San Francisco, CA 94117
                                            Telephone:  415.566.3526
18                                          Facsimile:  415.566.3548

19                                          By:_____/s/ Shelley S. Buchanan_____
                                                          Shelley S. Buchanan
20
                                            Attorney for Franciscan Mobile Home Owners for
21                                          Justice, Rosendo Quiniquini, Rory Mordinoia,
                                            Robert Quinn, Sandra Holman and Mamie Zhu
22

23

24

25

26

27

28
                                            2

1   DATED:  July 13, 2010                ANDREW W. COUCH
2                                        Lawyer
                                         110 Newport Center Dr., Suite 200
3                                        Newport Beach, CA 92660
                                         Telephone:  949.760.2596
4                                        Facsimile:  949.760.0337

5                                        By:_____/s/ Andrew W. Couch_____
                                                        Andrew W. Couch
6
                                         Attorney for Pacific West Management
7
8   DATED:  July 12, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         George A. Yuhas
9                                        405 Howard Street
                                         San Francisco, CA 94105
10                                       Telephone:  415.773.5700
                                         Facsimile:  415.773.5759
11
                                         By:_____/s/ George A. Yuhas_____
12                                                      George A. Yuhas

13                                       Attorney for Daly City Housing Development
                                         Finance Agency ("DCHDFA") and Richard Berger
14                                       in his capacity as a DCHDFA Employee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1    [PROPOSED] ORDER

2         Based on the above stipulation of the Parties and for good cause appearing therefore,

3    IT IS SO ORDERED AS MODIFIED

4

5    DATED: _____July 22, 2010_____          _____

6                                                              Hon. James Ware
                                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4

1    ATTESTATION PURSUANT TO GENERAL ORDER 45

2         I, Charlene S. Shimada, attest that concurrence in the filing of this document has been

3    obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

4    document.

5         I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7         Executed this 14th day of July, 2010, at San Francisco, California.

8

                                    BINGHAM MCCUTCHEN LLP
9

10

                                    By:_____/s/ Charlene S. Shimada_____
11                                              Charlene S. Shimada

12                                  Three Embarcadero Center
                                    San Francisco, CA  94111
13                                  Telephone:  415.393.2000
                                    Facsimile:  415.393.2286
14
                                    Attorneys for Defendants LINC Housing
15                                  Corporation, Corporate Fund for Housing, LINC
                                    Franciscan Limited Partnership, Franciscan Park,
16                                  LLC, Hunter Johnson, Franciscan Housing
                                    Corporation and Richard Berger in his capacity as
17                                  former director of LINC Housing Corporation and
                                    officer of the Franciscan Housing Corporation
18

19

20

21

22

23

24

25

26

27

28

                                              5

1

## **CERTIFICATE OF MAILING**

2

I hereby certify that on July 14, 2010, I electronically transmitted the attached document

3

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4

Electronic Filing to the CM/ECF registrants on record.

5

6

7

By:_____/s/ Diane R. Imai_____

8

Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28