BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
Lucy Wang (SBN 257771)
lucy.wang@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Attorneys for Defendants
LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson and Franciscan Housing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCAN MOBILE HOME OWNERS FOR JUSTICE; ROSENDO QUINIQUINI; RORY MORDINOIA; ROBERT QUINN; SANDRA HOLMAN; and MAMIE ZHU, And on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LINC HOUSING CORPORATION; CORPORATE FUND FOR HOUSING; LINC FRANCISCAN LIMITED PARTNERSHIP; FRANCISCAN PARK, LLC; HUNTER JOHNSON; FRANCISCAN HOUSING CORPORATION; RICHARD BERGER; DALY CITY HOUSING DEVELOPMENT FINANCE AGENCY; PACIFIC WEST MANAGEMENT; FRANCISCAN ACQUISITION CORPORATION; DAVID KENYON; and DOES 1-50, inclusive,<br><br>Defendants. | No. CV 10 1087 JW HRL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date: September 27, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. James Ware |

1  WHEREAS on March 15, 2010, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines (Docket #3) setting deadlines for, among other things, the parties to meet and confer regarding ADR process selection and filing an ADR Certification, as well as scheduling an Initial Case Management Conference ("CMC") for September 27, 2010 at 10:00 a.m., and setting deadlines for associated pre-conference filings, including the Case Management Statement, Rule 26(f) Report and Initial Disclosures;

WHEREAS, on July 22, 2010 Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation, Richard Berger, Daly City Housing Development Finance Agency and Pacific West Management filed and/or joined in motions to dismiss the complaint (Docket # 30, 34-35, 37);

WHEREAS, on July 22, 2010, the Court entered a Stipulation and Order setting a briefing schedule for the pending motions to dismiss the complaint with a hearing date of December 20, 2010 at 9:00 a.m. (Docket # 29);

WHEREAS, pursuant to the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), all discovery and other proceedings are stayed during the pendency of any motion to dismiss absent a finding that particularized discovery is necessary to preserve evidence or to prevent undue prejudice;

WHEREAS the parties have conferred and believe that in light of the provisions of 15 U.S.C. § 78u-4(b)(3)(B) and in the interests of judicial economy, the currently scheduled CMC and related filings set forth in the Court's March 15, 2010, Order Setting Initial Case Management Conference and ADR Deadlines (Docket #3) are premature at this stage of the litigation and should be continued until the Court has ruled on the pending motions to dismiss the complaint;

THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The CMC, currently scheduled for September 27, 2010, shall be continued until another date that is convenient for the Court after the Court has ruled on the

1 | pending motions to dismiss the complaint;

2. All deadlines set forth in the Court's March 15, 2010, Order Setting Initial Case Management Conference and ADR deadline (Docket #3) shall be continued consistently therewith, including the deadlines for the parties to meet and confer regarding ADR process selection and filing an ADR Certification, and the deadlines for associated pre-conference filings, including the Case Management Statement, Rule 26(f) Report and Initial Disclosures.

By entering into this Stipulation, Defendants reserve and do not waive any arguments and defenses they may possess, including, without limitation, whether the Court lacks personal jurisdiction over any of them.

DATED: July 23, 2010

BINGHAM MCCUTCHEN LLP
David M. Balabanian
Charlene S. Shimada
Lucy Wang
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.393.2286

By:  /s/ Charlene S. Shimada
       Charlene S. Shimada

Attorneys for Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson and Franciscan Housing Corporation

| | | |
|---|---|---|
| 1 | DATED: July 27, 2010 | SHELLEY S. BUCHANAN<br>Attorney at Law<br>912 Cole Street, PMB #120<br>San Francisco, CA 94117<br>Telephone: 415.566.3526<br>Facsimile: 415.566.3548 |

By:  /s/ Shelley S. Buchanan
           Shelley S. Buchanan

Attorney for Franciscan Mobile Home Owners for Justice, Rosendo Quiniquini, Rory Mordinoia, Robert Quinn, Sandra Holman and Mamie Zhu

DATED: July 23, 2010

ANDREW W. COUCH
Lawyer
110 Newport Center Dr., Suite 200
Newport Beach, CA 92660
Telephone: 949.760.2596
Facsimile: 949.760.0337

By:  /s/ Andrew W. Couch
           Andrew W. Couch

Attorney for Pacific West Management

DATED: July 26, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP
George A. Yuhas
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5700
Facsimile: 415.773.5759

By:  /s/ George A. Yuhas
           George A. Yuhas

Attorney for Daly City Housing Development Finance Agency and Richard Berger

3

| | | |
|---|---|---|
| 1 | DATED: July 26, 2010 | MURPHY PEARSON BRADLEY & FEENEY |
| 2 | | Karen K. Stromeyer<br>88 Kearny St, 10th Floor<br>San Francisco, CA 94108 |
| 3 | | Telephone:  415.788.1900<br>Facsimile:  415.393.8087 |
| 4 | | |
| 5 | | By:_____/s/ Karen K. Stromeyer_____<br>Karen K. Stromeyer |
| 6 | | Attorney for David Kenyon |

4

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
No. CV 10 1087 JW HRL

1 [~~PROPOSED~~] ORDER

2     Based on the above stipulation of the Parties and for good cause appearing therefore,

3 IT IS SO ORDERED.

4

5 DATED: August 11, 2010                                   _____
                                                            Hon. James Ware
6                                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | I, Charlene S. Shimada, attest that concurrence in the filing of this document has been |
| 3 | obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed |
| 4 | document. |
| 5 | I declare under penalty of perjury under the laws of the United States of America that the |
| 6 | foregoing is true and correct. |
| 7 | Executed this 27th day of July, 2010, at San Francisco, California. |

BINGHAM MCCUTCHEN LLP

By:       /s/ Charlene S. Shimada
           Charlene S. Shimada

Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation and Richard Berger in his capacity as former director of LINC Housing Corporation and officer of the Franciscan Housing Corporation

6

**CERTIFICATE OF MAILING**

I hereby certify that on July 27, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ Diane R. Imai
    Diane R. Imai