Timothy J. Halloran – 104498
thalloran@mpbf.com
Karen K. Stromeyer – 245712
kstromeyer@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendant
DAVID G. KENYON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCAN MOBILE HOME OWNERS FOR JUSTICE; ROSENDO QUINIQUINI; RORY MORDINOIA; ROBERT QUINN; SANDRA HOLMAN; and MAMIE ZHU, And on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINC HOUSING CORPORATION; CORPORATE FUND FOR HOUSING; LINC FRANCISCAN LIMITED PARTNERSHIP; FRANCISCAN PARK, LLC; HUNTER JOHNSON; FRANCISCAN HOUSING CORPORATION; RICHARD BERGER; DALY CITY HOUSING DEVELOPMENT; FRANCISCAN ACQUISITION CORPORATION; DAVID KENYON; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 101087 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT DAVID KENYON TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel, that as on July 22, 2010, Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, and Franciscan Housing Corporation; and Defendants Daly City Housing Development Finance Agency

- 1 -

and Richard Burger each separately filed initial Motions to Dismiss the First Cause of Action under Section 10(b) of the Securities and Exchange Act of 1934 and Rule 10b-5 promulgated thereunder ("Motions"), upon which Plaintiffs assert Federal subject matter jurisdiction, that in order to avoid unnecessary legal expense and in the interest of judicial economy, the time for Defendant David Kenyon to file a response to the Complaint is extended until after the Court has ruled on the pending Motions. The parties agree that Defendant David Kenyon's response to the Complaint is extended for thirty days from the date of the Court's ruling on the aforementioned Motions.

Dated: July 29, 2010

MURPHY, PEARSON, BRADLEY & FEENEY

By  s/s Timothy J. Halloran
    Timothy J. Halloran
    Attorneys for Defendant
    David G. Kenyon

Dated: July 29, 2010

SHELLEY S. BUCHANAN, ATTORNEY AT LAW

By  s/ Shelley S. Buchanan
    Shelley S. Buchanan
    Attorneys for Plaintiffs
    Franciscan Mobile Home Owners for Justice,
    Rosendo Quiniquini, Rory Mordinoia, Robert Quinn,
    Sandra Holman, and Mamie Zhu

20141718.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
No. CV 101087 JW

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy J. Halloran, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July, 2010, at San Francisco, California.

MURPHY, PEARSON, BRADLEY & FEENEY

By  s/s Timothy J. Halloran
Timothy J. Halloran
Attorneys for Defendant
David G. Kenyon

**[PROPOSED] ORDER**

Based on the above stipulation of the Parties and for good cause appearing,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___August 11, 2010___

                                                              Honorable James Ware
United States District Judge