1  Timothy J. Halloran – 104498
   THalloran @mpbf,.com
2  Karen K. Stromeyer – 245712
   KStromeyer@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
5  Fax:    (415) 393-8087

6  Attorneys for Defendant
   DAVID G. KENYON
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 FRANCISCAN RESIDENT ADVISORY          Case No.: C 10-01087 JW
   COMMITTEE, (formerly known as FRANCISCAN
13 MOBILE HOME OWNERS FOR JUSTICE);
   ROSENDO QUINIQUINI; RORY MORDINOIA;
14 ROBERT QUINN; SANDRA HOLMAN; and       STIPULATION AND [PROPOSED]
   MAMIE ZHU, And on behalf of all others similarly  ORDER EXTENDING TIME FOR
15 situated,                              DEFENDANT DAVID KENYON TO
                                          RESPOND TO PLAINTIFFS' FIRST
16         Plaintiffs,                    AMENDED COMPLAINT
      v.
17
   LINC HOUSING CORPORATION; CORPORATE
18 FUND FOR HOUSING; LINC FRANCISCAN
   LIMITED PARTNERSHIP; FRANCISCAN
19 PARK, LLC; HUNTER JOHNSON;
   FRANCISCAN HOUSING CORPORATION;
20 RICHARD BERGER; DALY CITY HOUSING
   DEVELOPMENT FINANCE AGENCY; PACIFIC
21 WEST MANAGEMENT; FRANCISCAN
   ACQUISITION CORPORATION; DAVID
22 KENYON; and DOES 1-50, inclusive,

23         Defendants.

24
25
26         WHEREAS, on August 12, 2010, Plaintiffs filed a First Amended Complaint for Damages,

27 Restitution, Injunctive Relief, Dissolution of Corporation and Specific Performance;

28         WHEREAS, in order to avoid unnecessary legal expenses and in the interests of justice and

- 1 -

1  judicial economy, the parties have agreed that Defendants LINC Housing Corporation, Corporate Fund
2  for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan
3  Housing Corporation, Richard Berger, Daly City Housing Development Finance Agency and Pacific
4  West Management will limit any motion(s) to dismiss the First Amended Complaint to challenging the
5  claims that serve as the basis for Plaintiffs' asserting federal subject matter jurisdiction;
6      WHEREAS, Plaintiffs have agreed to extend the time for Defendants LINC Housing
7  Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park,
8  LLC, Hunter Johnson, Franciscan Housing Corporation, Richard Berger, Daly City Housing
9  Development Finance Agency and Pacific West Management to move or otherwise respond to the First
10 Amended Complaint to, and including, September 29, 2010, or such later time as the parties might
11 agree;
12     THEREFORE, IT IS HEREBY AGREED AND STIPULATED amongst the parties hereto,
13 through their respective undersigned counsel of record, as follows:
14     That in order to avoid unnecessary legal expense, and in the interest of judicial economy, the
15 time for Defendant David Kenyon to file a response to the First Amended Complaint is extended until
16 after the Court has ruled on the aforementioned motion(s) to dismiss based on federal subject matter
17 jurisdiction.  The parties agree that Defendant David Kenyon's response to the First Amended
18 Complaint is extended for thirty days from the date of the Court's ruling on said motion(s).
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| Dated: August 23, 2010 | MURPHY, PEARSON, BRADLEY & FEENEY |
| | By  s/s Timothy J. Halloran |
| | Timothy J. Halloran |
| | Attorneys for Defendant |
| | David G. Kenyon |
| Dated: August 23, 2010 | SHELLEY S. BUCHANAN, ATTORNEY AT LAW |
| | By  s/ Shelley S. Buchanan |
| | Shelley S. Buchanan |
| | Attorneys for Plaintiffs |
| | Franciscan Mobile Home Owners for Justice, Rosendo Quiniquini, Rory Mordinoia, Robert Quinn, Sandra Holman, and Mamie Zhu |

20141718.doc

# [PROPOSED] ORDER

Based on the above stipulation of the Parties and for good cause appearing,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 24, 2010

_____
Honorable James Ware
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Timothy J. Halloran, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, 2010, at San Francisco, California.

MURPHY, PEARSON, BRADLEY & FEENEY


By  s/s Timothy J. Halloran
Timothy J. Halloran
Attorneys for Defendant
David G. Kenyon