1 | BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
2 | david.balabanian@bingham.com
Charlene S. Shimada (SBN 91407)
3 | charlene.shimada@bingham.com
Lucy Wang (SBN 257771)
4 | lucy.wang@bingham.com
Three Embarcadero Center
5 | San Francisco, CA  94111-4067
Telephone:  415.393.2000
6
Attorneys for Defendants
7 | LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson and Franciscan Housing Corporation

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
8/25/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCAN RESIDENT ADVISORY COMMITTEE, (formerly known as FRANCISCAN MOBILE HOME OWNERS FOR JUSTICE); ROSENDO QUINIQUINI; RORY MORDINOIA; ROBERT QUINN; SANDRA HOLMAN; and MAMIE ZHU, And on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>LINC HOUSING CORPORATION; CORPORATE FUND FOR HOUSING; LINC FRANCISCAN LIMITED PARTNERSHIP; FRANCISCAN PARK, LLC; HUNTER JOHNSON; FRANCISCAN HOUSING CORPORATION; RICHARD BERGER; DALY CITY HOUSING DEVELOPMENT FINANCE AGENCY; PACIFIC WEST MANAGEMENT; FRANCISCAN ACQUISITION CORPORATION; DAVID KENYON; and DOES 1-50, inclusive,<br><br>        Defendants. | No. CV 10 1087 JW HRL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING AND HEARING SCHEDULE |

---
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SETTING BRIEFING AND HEARING SCHEDULE
No. CV 10 1087 JW HRL

WHEREAS, on March 15, 2010, Plaintiffs filed a Complaint for Damages, Restitution, Injunctive Relief, Dissolution of Corporation [and] Specific Performance ("Complaint") (Docket # 1);

WHEREAS, on July 22, 2010 Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation, Richard Berger, Daly City Housing Development Finance Agency and Pacific West Management filed and/or joined in motions to dismiss the Complaint (Docket ## 30, 34-35, 37);

WHEREAS, on August 11, 2010, the Court entered a Stipulation and Order continuing the initial Case Management Conference and related deadlines until after the Court ruled on the pending motions to dismiss (Docket # 43);

WHEREAS, on August 12, 2010, Plaintiffs filed a First Amended Complaint for Damages, Restitution, Injunctive Relief, Dissolution of Corporation [and] Specific Performance ("First Amended Complaint") (Docket # 46);

WHEREAS, Plaintiffs have agreed to extend the time for the undersigned defendants (collectively, "Defendants") to move or otherwise respond to the First Amended Complaint to, and including, September 29, 2010, or such later time as Plaintiffs may have agreed, or might hereafter agree, with any party;

WHEREAS, in order to avoid unnecessary legal expenses and in the interests of justice and judicial economy, the parties have agreed that Defendants will limit any motion(s) to dismiss the First Amended Complaint to challenging claims that serve as Plaintiffs' basis for asserting federal subject matter jurisdiction. The parties further agree that if the Court denies Defendants' motion(s) to dismiss or if the Court grants Defendants' motion(s) but asserts supplemental jurisdiction over remaining claims, Defendants have the right to move to dismiss any remaining claims within thirty days of the Court's order. The parties also agree that if the Court denies all of Defendants' motion(s) to dismiss, Defendants will have thirty days from the Court's order to answer the First Amended Complaint;

WHEREAS, the parties believe that an initial Case Management Conference is premature

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SETTING BRIEFING AND HEARING SCHEDULE
No. CV 10 1087 JW HRL

at this stage of the litigation and should be continued until the Court has ruled on all of the Defendants' motion(s) to dismiss the First Amended Complaint;

THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Defendants shall move or otherwise respond to the First Amended Complaint on or before September 29, 2010.  Defendants shall limit any motion(s) to dismiss the First Amended Complaint to challenging claims that serve as Plaintiffs' basis for asserting federal subject matter jurisdiction.
2. Plaintiffs shall file their opposition(s) to any motion(s) to dismiss the First Amended Complaint on or before November 12, 2010.
3. Defendants shall file any reply brief(s) on or before December 15, 2010.
4. The hearing on any motion(s) to dismiss the First Amended Complaint shall be set for **February 2, 2011** at 9:00 a.m., or as soon thereafter as the Court may hear the matter.
5. If the Court denies Defendants' motion(s) to dismiss or if the Court grants Defendants' motion(s) but asserts supplemental jurisdiction over remaining claims, Defendants have the right to move to dismiss any remaining claims within thirty days of the Court's order.
6. If the Court denies all of Defendants' motion(s) to dismiss, Defendants will have thirty days from the Court's order to answer the First Amended Complaint.
7. The Court vacates the case management conference currently set for September 27, 2010 at 10:00 AM.  The Court will set a new conference date in its Order addressing Defendants'Motions.

By entering into this Stipulation, Defendants reserve and do not waive any arguments and defenses they may possess, including, without limitation, whether the Court lacks personal jurisdiction over any of them.

DATED: August 17, 2010

BINGHAM MCCUTCHEN LLP
David M. Balabanian
Charlene S. Shimada
Lucy Wang
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286

By:      /s/ Charlene S. Shimada
             Charlene S. Shimada

Attorneys for Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson and Franciscan Housing Corporation

DATED: August 19, 2010

SHELLEY S. BUCHANAN
Attorney at Law
912 Cole Street, PMB #120
San Francisco, CA 94117
Telephone: 415.566.3526
Facsimile: 415.566.3548

By:      /s/ Shelley S. Buchanan
             Shelley S. Buchanan

Attorney for Franciscan Mobile Home Owners for Justice, Rosendo Quiniquini, Rory Mordinoia, Robert Quinn, Sandra Holman and Mamie Zhu

DATED: August 19, 2010

ANDREW W. COUCH
Lawyer
110 Newport Center Dr., Suite 200
Newport Beach, CA 92660
Telephone: 949.760.2596
Facsimile: 949.760.0337

By:      /s/ Andrew W. Couch
             Andrew W. Couch

Attorney for Pacific West Management

3

1  DATED:  August 17, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP
George A. Yuhas
405 Howard Street
San Francisco, CA 94105
Telephone:  415.773.5700
Facsimile:  415.773.5759

By:    /s/ George A. Yuhas
        George A. Yuhas

Attorney for Daly City Housing Development Finance Agency and Richard Berger

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SETTING BRIEFING AND HEARING SCHEDULE
No. CV 10 1087 JW HRL

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Based on the above stipulation of the Parties and for good cause appearing therefore, |
| 3 | IT IS SO ORDERED AS MODIFED. |

DATED:  August 25, 2010

_____
Hon. James Ware
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SETTING BRIEFING AND HEARING SCHEDULE
No. CV 10 1087 JW HRL

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Charlene S. Shimada, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2010, at San Francisco, California.

BINGHAM MCCUTCHEN LLP


By:  /s/ Charlene S. Shimada
     Charlene S. Shimada

Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendants LINC Housing Corporation, Corporate Fund for Housing, LINC Franciscan Limited Partnership, Franciscan Park, LLC, Hunter Johnson, Franciscan Housing Corporation and Richard Berger in his capacity as former director of LINC Housing Corporation and officer of the Franciscan Housing Corporation

1 **CERTIFICATE OF MAILING**

2   I hereby certify that on August 19, 2010, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice

4 of Electronic Filing to the CM/ECF registrants on record.

5

6

7
                               By:         /s/ Diane R. Imai
8                                         Diane R. Imai

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           7
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SETTING BRIEFING AND HEARING SCHEDULE
No. CV 10 1087 JW HRL